IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:23-cr-04021-RK |
| TRE JOSEPH CONNOR, ) | |
| Defendant. ) | |

### ORDER

On September 1, 2023, Magistrate Judge Willie J. Epps, Jr., issued his Report and Recommendation (Doc. 34), recommending that the Court deny Defendant Tre Joseph Connor's motion to suppress (Doc. 22). Defendant filed an objection to the Report. (Doc. 35.) After an independent review of the matter pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendation made by Magistrate Judge Epps in full. Accordingly, the Court **ORDERS** that:

(1) the Report and Recommendation of Magistrate Judge Epps (Doc. 34) is **ADOPTED**;

(2) Defendant's objection (Doc. 35) is **OVERRULED**; and

(3) Defendant's motion to suppress (Doc. 22) is **DENIED**.

**IT IS SO ORDERED**.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 3, 2023